CGFD71 (8/1/11)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Norris MacFarland and Judy Carol MacFarland

**Case Number:** 11–13345–JKO
**Chapter:** 13
**County of Residence or Place of Business:** Fort Lauderdale

## Amended TRANSMITTAL OF RECORD TO DISTRICT COURT

☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal filed on <u>11/22/11</u>

☐ Motion for Leave to Appeal (copy of appeal attached)

☐ Request to Expedite Appeal attached.

☐ Related District Court Case Number:
(Assigned to Motion filed pursuant to USDC Local Rule 87.4 c or d)

☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):

    ☐ Contested    ☐ Uncontested

☐ Withdrawal of Reference granted by U.S. District Court

**[For Appeals]:** The Party or Parties Included in the Appeal to District Court:

**Appellant(s):** <u>David Marshall Brown</u>    **Attorney:** <u>Douglas C Broeker</u>
<u>777 Brickell Ave #600</u>
<u>Miami, FL 33131</u>

**Appellee(s):**    **Attorney:**

**Title and Date of Order Appealed:** <u>Order to Show Cause 8/22/11 and Order Sanctioning Attorneys 11/14/11</u>

**Entered on Docket Date:** <u>8/22/11 & 11/14/11</u>    **Docket Number:** <u>148 & 169</u>

☑ Designation in Appeal (See Attached)

☐ Designation in Cross Appeal (See Attached)

☑ Copy of Docket

☐ Exhibits:

☑ Copies of Transcript(s) of Hearing(s) on: <u>10/12/11</u>

☐ Respondent's Answer and/or Movant's Reply

☐ Other:

**Dated:** <u>1/4/12</u>

**CLERK OF COURT**
By: <u>Judy Shafron</u>
Deputy Clerk   (954) 769–5700