IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**In the matter of: Transfer of Bankruptcy Appellate Matters to District Judge Kenneth A. Marra**

**ORDER OF TRANSFER**

GOOD CAUSE appearing that a transfer of these actions is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, subject to the consent of the Honorable Kenneth A. Marra, it is

ADJUDGED that

In re: Brown, 11-MC-62646-KMM

In re: David M. Brown, 11-MC-62655-KMM

In re: Brown, 12-CV-60016-KMM

In re: Brown, 12-CV-60030-KMM

In re: Maite L. Diaz, 11-MC-62663-KMM

In re: Maite L. Diaz, 11-MC-62664-KMM

In re: Maite L. Diaz, 11-MC-62665-KMM

In re: Maite L. Diaz, 12-CV-60081-KMM

In re: Maite L. Diaz, 12-CV-60090-KMM

In re: Maite L. Diaz, 12-CV-60114-KMM

In re: De Pena, et al., 12-CV-60033-KMM

are transferred to the calendar of the Honorable Kenneth A. Marra for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of January, 2012.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

After reviewing the court files in the above-numbered actions, the undersigned hereby accepts the transfer of said cases. Therefore, it is

ADJUDGED that all pleadings hereinafter filed shall bear **KAM** thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 31st day of January, 2012.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE


cc:   All Counsel of Record
      Clerk of Court