UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 12-cv-60016-KAM

In re:

DAVID MARSHALL BROWN,

    Appellant.

_____/

**APPELLANT'S MOTION FOR LEAVE OF COURT TO FILE REPLY BRIEF**

    Appellant, DAVID MARSHALL BROWN, ESQ. ("Mr. Brown"), by and through undersigned counsel, moves this Court for entry of an Order Granting Leave of Court to File a Reply Brief in this Consolidated Appeal [*In re MacFarland,* Bankruptcy Case No. 11-13345-JKO and *In re Lewis*, Bankruptcy Case No. 10-40253-JKO], and as good grounds therefor would show that:

    1.    Mr. Brown seeks leave of this Court to file a Reply Brief in order to assert supplemental discussion and applicable case law relating to certain legal issues, including the standard of review, to coordinate the presentation of issues herein with other related appeals and other suspensions originating from this same Bankruptcy Judge, and to ask this Court grant oral argument to discuss the issues of this appeal.

    2.    Initially, Mr. Brown was proceeding on an expedited basis in good faith because he has requested and obtained a stay pending review of the suspension ordered below. Mr. Brown was under Court Order to submit a consolidated brief within fourteen (14) days, and when undersigned counsel requested additional time, and was allowed an additional two days [DE-7]. Since then, no

responsive brief has been submitted, and this and other appeals were transferred to this Court.

3. On January 26, 2012, this Consolidated Appeal, along with other cases from the same Order that is on appeal, were transferred to this Court, pursuant to IOP 2.15.00 and S.D. Fla. L.R. 3.8. Upon this notification, including the transfer of *In re Maite Diaz* and *In re Maylene Abad* to this Court, it is apparent that the appeal herein may be considered with these appeals, before this Court, arising from the same attorney sanctions order, related series of events, and suspension, originating from the same Bankruptcy Judge. Also, it appears that *In re Kevin Gleason*, Case No. 11-62406-CIV-MARRA, may be the "previously filed case" referred to in the Order of Transfer, as contemplated by IOP 2.15.00.

4. The docket in *In re Maylene Abad* reflects that Maylene Abad, Esq., counsel sanctioned in the same Sanctions Order as Mr. Brown, filed her Initial Brief on January 26, 2012.

5. The docket in *In re Maite Diaz* reflects that Maite Diaz, Esq., counsel sanctioned in the same Sanctions Order as Mr. Brown, has until February 21, 2012, filed her Initial Brief on February 15, 2012.

6. Given the likelihood of consideration of all these cases as "related", and the prospect that *In re Kevin Gleason* may also be considered "related", Mr. Brown asks this Court's leave to file a Reply Brief.

7. Additional consideration of the standard of review, under the circumstances of this case, is important to develop the issues regarding Mr. Brown's appeal. Moreover, there is supplemental case law to support Mr. Brown's Objections, which are at issue in the appeal herein. Lastly, Mr. Brown would like to request oral argument from this Court.

8. There is no one who we have contacted regarding agreement or disagreement with this request, as undersigned counsel is not aware of any opposition in this matter as no one has formally appeared, or filed an Answer Brief, or any other response, in this appeal.

9. In light of these circumstances, a Reply Brief is appropriate, and will aid the Court's consideration of this matter.

10. A Proposed Reply Brief is attached for this Court's review.

**WHEREFORE**, for the reasons set forth above, undersigned counsel moves this Court for entry of an Order Granting Leave of Court to File a Reply Brief in this Consolidated Appeal.

Respectfully submitted,

**s/ Douglas C. Broeker**
Douglas C. Broeker, Esquire
Florida Bar No. 306738
Doug@broekerlaw.com
SWEETAPPLE, BROEKER & VARKAS, P.L.
777 Brickell Avenue, Suite 600
Miami, Florida 33131
Tel.: (305) 374-5623
Fax.: (305) 358-1023
Attorneys for *David Marshall Brown, Esq.*

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

By: **s/ Douglas C. Broeker**
Douglas C. Broeker, Esquire
Florida Bar No. 306738

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this **19th** day of March, 2012, a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which did not send e-mail notifications because no one appeared, however the document is now available for review by anyone who wishes to see it.

        By: **s/ Douglas C. Broeker**
           Douglas C. Broeker, Esquire
           Florida Bar No. 306738